**Opinion issued January 12, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-22-00942-CR**

———————————

## IN RE RONALD LEE STEWARD, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Ronald Lee Steward, has filed a petition for writ of mandamus requesting this Court to order the trial court to hold an evidentiary hearing.[1]

We **deny** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

### PER CURIAM

Panel consists of Chief Justice Adams and Justices Countiss and Rivas-Molloy.

---

[1]     The underlying case is *State of Texas v. Ronald Lee Steward*, cause number 1782362, pending in the 482nd District Court of Harris County, Texas, the Honorable Maritza Antu presiding.